202 F.2d 214
 92 U.S.App.D.C. 396
 James CASTLE, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 11400.
 United States Court of Appeals District of Columbia Circuit.
 Argued Jan. 7, 1953.
Decided Jan. 22, 1953.
 
 DeLong Harris, Washington, D.C., with whom Curtis P. Mitchell and B. Dabney Fox, Washington, D.C., were on the brief, for appellant.
 William E. Kirk, Jr., Asst. U.S. Atty., Washington, D.C., with whom Charles M. Irelan, U.S. Atty., Joseph M. Howard and Emory W. Reisinger, II, Asst. U.S. Attys., Washington, D.C., were on the brief, for appellee.
 Before WILBUR K. MILLER, BAZELON and FAHY, Circuit Judges.
 PER CURIAM.
 
 
 1
 Since we find no prejudicial error in the record on this appeal from a conviction for bribery under 22 D.C.Code, 701 (1951), the judgment below is affirmed.